**FILED**

NOV 18 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 20-40105-SMY |
| ) | |
| MICHAEL A. FERRIS, ) | Title 18 United States Code |
| ) | Sections 2251(a) |
| Defendant. ) | |
| ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### PRODUCTION OF CHILD PORNOGRAPHY

On or between May 1, 2020 and May 31, 2020, in White County, within the Southern District of Illinois and elsewhere,

**MICHAEL A. FERRIS,**

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, herein identified as Minor Victim 3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which depicts Minor Victim 3 having sexual intercourse with a minor male, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and cellular phone, all in violation of Title 18, United States Code, Section 2251(a) and (e).

### FORFEITURE ALLEGATION

Upon conviction for the offenses charged in this Indictment, defendant Michael A. Ferris, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and

all material that contained any images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the charged offenses.

The property that is subject to forfeiture referred in the paragraph above includes, but is not limited to, the following:

1. A Samsung phone, Model SM-S367VL, IMEI 352069100064129

Digitally signed by STEVEN WEINHOEFT
Date: 2020.11.13 14:19:29 -06'00'

STEVEN D. WEINHOEFT
United States Attorney

ALEXANDRIA M. BURNS
Assistant United States Attorney