UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>vs.<br><br>MICHAEL A. FERRIS,<br><br>Defendant(s) | Case Number: 4:20-cr-40105-SMY |

**SECOND MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL**

COMES NOW the Defendant, Michael A. Ferris by and through his attorney David L. Brengle, and he moves this Court to continue the final pretrial conference and trial for this matter. In support of this request, the defendant offers the following:

1. Michael A. Ferris was indicted on November 18, 2020. (Doc. 17).

2. This Court set Mr. Ferris' case for a Final Pretrial Conference on April 29th, 2021 and for a Trial on May 10, 2021.

3. The Government provided undersigned counsel with discovery in the case of Mr. Ferris on January 13, 2021.

4. The Government made a second disclosure of evidence in early March, 2021. This disclosure of material included a voluminous government effort that included multiple law enforcement organizations seeking warrants related to this investigation.

5. In communicating with AUSA Burns, undersigned counsel has been informed the government may be providing more discovery, and there is certain discovery in this case

that cannot be provided directly to undersigned counsel, but the government requires that he review that discovery in a government facility.

6. Undersigned counsel is currently working to review the most recent government disclosure and he is engaged in plea negotiations with the government.

7. Undersigned counsel has communicated with AUSA Burns about the prospect of continuing this case from its current setting and she does not oppose a continuance.

WHEREFORE, The Defendant requests that the trial and final pretrial conference be continued 60 days from its current setting or whatever period of time best comports with the Court's calendar in other matters.

Respectfully Submitted,

/s/ David L. Brengle
DAVID L. BRENGLE
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon:

Alexandria Burns
Assistant United States Attorney
Nine Executive Drive, Suite 300
Fairview Heights, Illinois 62208

via electronic filing with the Clerk of the Court using the CM/ECF system this 27th day of April, 2021.

/s/ David Brengle
DAVID BRENGLE