IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4: 20-CR-40105 SMY |
| ) | |
| MICHAEL A. FERRIS, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR *FRYE* HEARING**

COMES NOW, Defendant by and through counsel and requests that this Court conduct an in-person hearing pursuant to *Missouri v. Frye*, 556 U.S. 134 (2012). In support of his Motion, Defendant states as follows:

1. Defendant is charged in the above styled cause with production of child pornography alleged to have occurred from May 1, 2020 to May 31, 2020. (Doc. #17).

2. Defendant was arrested on November 11, 2020 and has remained detained since that time. (Doc. #3; 13).

3. The cause is currently set on this Court's docket for Final Pre-Trial Conference on July 22, 2021 and Trial on August 2, 2021. (Doc. #33).

4. "[A]s a general rule, defense counsel has the duty to communicate formal offers from the prosecution to accept a plea on terms and conditions that may be favorable to the accused." *Missouri v. Frye*, 556 U.S. 134, 145 (2021); see also *Laffler v. Cooper*, 556 U.S. 156, 168 (2021)("[I]f a plea bargain has been offered, a defendant has the right to effective assistance of counsel considering whether to accept it."). "If that right is denied, prejudice can be shown if loss

1

of the plea opportunity led to a trial resulting in a conviction on more serious charges or the imposition of a more serious sentence." *Laffler*, 556 U.S. at 168.

5. In this case, the Government has made Mr. Ferris a formal plea bargain offer. The Government has also indicated that should Mr. Ferris chose to reject its offer that it intends to seek a Superseding Indictment that would expose Mr. Ferris to punishment in excess of the statutory maximum for the production of child pornography for which he is currently charged.

6. Defendant requests this Court conduct an in-person hearing pursuant to *Frye v. Missouri* so that the record can be made clear concerning the general contents of the Government's offer, that the offer has been conveyed, the circumstances under which the offer will be withdrawn, and that after such withdrawal that any future offer would be to a less favorable recommendation after a Superseding Indictment would be filed.

7. Defendant's case is currently set for Thursday, July 21, 2021 for Final Pre-Trial Conference. Defendant requests that should the Court's calendar permit, that the Final Pre-Trial Conference be converted into an in-person *Frye* hearing or that the hearing be set as soon as is practicable and convenient to the Court and the Government.

WHEREFORE Defendant requests that this Court conduct an in-person hearing pursuant to *Missouri v. Frye*, 556 U.S. 134 (2012) and for any additional relief that this Court deem just and proper.

Respectfully submitted,

*/s/ David Brengle*
DAVID BRENGLE

and

/s/ Kim C. Freter
KIM C FRETER

Office of the Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
Phone: (618) 482-9050
Fax:    (618) 482-9057
david_brengle@fd.org
kim_freter@fd.org

ATTORNEYS FOR DEFENDANT FERRIS