FILED

SEP 2 2 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 20-CR-40105-SMY |
| | ) | |
| MICHAEL A. FERRIS, | ) | Title 18 United States Code |
| | ) | Sections 2251(a), 2252A(a)(2), |
| Defendant. | ) | 875(d), 2261A(2)(B) and 2261(b)(5). |
| | ) | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

## INTRODUCTION

1.      Beginning sometime in 2020, and continuing until sometime in or about November 2020, more exact dates being unknown to the grand jury, in White County, Illinois within the Southern District of Illinois, the defendant, MICHAEL A. FERRIS, repeatedly used electronic devices and interactive computer services to transmit threatening communications to minor females and young women located across the United States, Canada, and Australia.

2.      FERRIS transmitted these threatening communications with the intent to extort, and to attempt to extort things of value from the victims: digital images, videos, or webcam video of the victims in various states of undress, exposing themselves and engaging in sexually explicit conduct.

3.      In his threatening communications, FERRIS engaged in a pattern of extortion or

attempted extortion in which he would pretend to be a minor female looking to make new friends with the victims. For that purpose, FERRIS used a number of different names on Facebook and Facebook messenger, including "Sammy Gray" and "Sarah Mansfield".

4.     Once he had gained some measure of trust from the victims, FERRIS would begin by asking the victims for some personal information. FERRIS engaged in several ploys, which included:

  (a) Requesting the victim's address to send her a free phone

  (b) Asking the victim if a male family member or relative stared at the victim while showering

  (c) Asking the victim if she had been previously sexually abused

  (d) Asking the victim if she had any learning disorders or mental health struggles

  (e) Requesting images of the victim's breasts to "diagnose" if the victim's breast were a type that would bring "negative attention"

5.     Some victims complied to varying degrees with FERRIS' conversation and demands; others did not. To those that complied, FERRIS carried on his pattern of extortion by sending further demands and more threatening communications.

6.     All of the threatening communications were transmitted over the internet using a facility of interstate commerce: namely, a computer or interactive computer service connected to the internet. Most of the threatening communications were sent via Facebook and Facebook messenger.

## COUNT 1
### SEXUAL EXPLOITATION OF A CHILD  (MV3)

On or between May 1, 2020 and May 31, 2020, in White County, within the Southern District of Illinois and elsewhere,

**MICHAEL A. FERRIS,**

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, herein identified as Minor Victim 3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which depicts Minor Victim 3 having sexual intercourse with a minor male, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and electronic device connected to the internet, all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2
### DISTRIBUTION OF CHILD PORNOGRAPHY  (MV3)

On or about June 1, 2020, in White County, within the Southern District of Illinois and elsewhere,

**MICHAEL A. FERRIS,**

defendant herein, knowingly distributed a visual depiction containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including: images of MV3, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means including a computer and electronic device connected to the internet. All in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT 3
### INTERSTATE EXTORTION (MV3)

On or between May 1, 2020 and June 1, 2020, in White County, within the Southern District of Illinois and elsewhere,

**MICHAEL A. FERRIS,**

defendant herein, transmitted in interstate commerce via the internet a series of communications containing threats to injure the reputation of MV3, a 14 year old girl in Oklahoma. The defendant transmitted these communications with the intent to extort from MV3 things of value, namely: images and video of MV3 in various states of undress, naked, and engaging in sexually explicit conduct. All in violation of Title 18, United States Code, Section 875(d).

## COUNT 4
### CYBERSTALKING (MV3)

On or between May 1, 2020 and June 1, 2020, in White County, within the Southern District of Illinois and elsewhere,

**MICHAEL A. FERRIS,**

defendant herein, with the intent to harass, intimidate, or place under surveillance with intent to harass or intimidate, another person, MV3, used any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotion distress to that person, MV3. All in violation of Title 18, United States Code, Section 2261A(2)(B) and 2261(b)(5).

## COUNT 5
### INTERSTATE EXTORTION (MV1)

On or about May 8, 2020, in White County, within the Southern District of Illinois and elsewhere,

**MICHAEL A. FERRIS,**

defendant herein, transmitted in interstate commerce via the internet a series of communications containing threats to injure the reputation of MV1, a 16 year old girl in Oregon. The defendant

transmitted these communications with the intent to extort from MV1 things of value, namely: images of MV1 in various states of undress or naked. All in violation of Title 18, United States Code, Section 875(d).

## COUNT 6
### CYBERSTALKING (MV1)

On or May 8, 2020, within the Southern District of Illinois and elsewhere,

### MICHAEL A. FERRIS,

defendant herein, with the intent to harass, intimidate, or place under surveillance with intent to harass or intimidate, another person, MV1, used any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotion distress to that person, MV1. All in violation of Title 18, United States Code, Section 2261A(2)(B) and 2261(b)(5).

## COUNT 7
### ATTEMPTED SEXUAL EXPLOITATION OF A CHILD  (MV2)

On or between April 25, 2020 and May 20, 2020, in White County, within the Southern District of Illinois and elsewhere,

### MICHAEL A. FERRIS,

defendant herein, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, herein identified as Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically Minor Victim 2 engaging in sexually explicit conduct , using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and electronic device connected to the internet, all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 8
### INTERSTATE EXTORTION (MV2)

On or between April 25, 2020 and May 20, 2020, in White County, within the Southern District of Illinois and elsewhere,

### MICHAEL A. FERRIS,

defendant herein, transmitted in interstate commerce via the internet a series of communications containing threats to injure the reputation of MV2, a 14 year old girl in Missouri. The defendant transmitted these communications with the intent to extort from MV2 things of value, namely: images and video of MV2 in various states of undress, naked, and engaging in sexually explicit conduct. All in violation of Title 18, United States Code, Section 875(d).

## COUNT 9
### CYBERSTALKING (MV2)

On or between April 25, 2020 and May 20, 2020, in White County, within the Southern District of Illinois and elsewhere,

### MICHAEL A. FERRIS,

defendant herein, with the intent to harass, intimidate, or place under surveillance with intent to harass or intimidate, another person, MV2, used any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotion distress to that person, MV2. All in violation of Title 18, United States Code, Section 2261A(2)(B) and 2261(b)(5).

## COUNT 10
### ATTEMPTED SEXUAL EXPLOITATION OF A CHILD  (MV4)

On or about August 23, 2020, in White County, within the Southern District of Illinois and elsewhere,

**MICHAEL A. FERRIS,**

defendant herein, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a

minor, herein identified as Minor Victim 4, to engage in sexually explicit conduct for the purpose

of producing a visual depiction of such conduct, specifically Minor Victim 4 engaging in sexually

explicit conduct, using materials that have been mailed, shipped, and transported in and affecting

interstate and foreign commerce by any means, including by computer and electronic device

connected to the internet, all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 11
### INTERSTATE EXTORTION (MV4)

On or about August 23, 2020, in White County, within the Southern District of Illinois and

elsewhere,

**MICHAEL A. FERRIS,**

defendant herein, transmitted in interstate commerce via the internet a series of communications

containing threats to injure the reputation of MV4, a 11 year old girl in South Carolina. The

defendant transmitted these communications with the intent to extort from MV4 things of value,

namely: images and video of MV4 in various states of undress, naked, and engaging in sexually

explicit conduct. All in violation of Title 18, United States Code, Section 875(d).

## COUNT 12
### CYBERSTALKING (MV4)

On or about August 23, 2020, in White County, within the Southern District of Illinois and

elsewhere,

**MICHAEL A. FERRIS,**

defendant herein, with the intent to harass, intimidate, or place under surveillance with intent to

harass or intimidate, another person, MV4, used any interactive computer service or electronic

communication service or electronic communication system of interstate commerce, or any facility

of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause,

or would be reasonably expected to cause substantial emotion distress to that person, MV4. All in

violation of Title 18, United States Code, Section 2261A(2)(B) and 2261(b)(5).

## COUNT 13
### SEXUAL EXPLOITATION OF A CHILD   (MV5)

On or between June 2, 2020 and June 4, 2020, in White County, within the Southern

District of Illinois and elsewhere,

### MICHAEL A. FERRIS,

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, herein

identified as Minor Victim 5, to engage in sexually explicit conduct for the purpose of producing

a visual depiction of such conduct, specifically Minor Victim 5 engaging in sexually explicit

conduct, using materials that have been mailed, shipped, and transported in and affecting interstate

and foreign commerce by any means, including by computer and electronic device connected to

the internet, all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 14
### INTERSTATE EXTORTION (MV5)

On or between June 2, 2020 and June 4, 2020, in White County, within the Southern

District of Illinois and elsewhere,

### MICHAEL A. FERRIS,

defendant herein, transmitted in interstate commerce via the internet a series of communications

containing threats to injure the reputation of MV5, a minor under 18 in Ohio. The defendant

transmitted these communications with the intent to extort from MV5 things of value, namely:

images and video of MV5 in various states of undress, naked, and engaging in sexually explicit

conduct. All in violation of Title 18, United States Code, Section 875(d).

### COUNT 15
#### CYBERSTALKING (MV5)

On or between June 2, 2020 and June 4, 2020, in White County, within the Southern District of Illinois and elsewhere,

**MICHAEL A. FERRIS,**

defendant herein, with the intent to harass, intimidate, or place under surveillance with intent to harass or intimidate, another person, MV5, used any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotion distress to that person, MV5. All in violation of Title 18, United States Code, Section 2261A(2)(B) and 2261(b)(5).

### COUNT 16
#### ATTEMPTED SEXUAL EXPLOITATION OF A CHILD   (MV6)

On or about June 24, 2020, in White County, within the Southern District of Illinois and elsewhere,

**MICHAEL A. FERRIS,**

defendant herein, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, herein identified as Minor Victim 6, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically Minor Victim 6 engaging in sexually explicit conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and electronic device connected to the internet, all in violation of Title 18, United States Code, Section 2251(a) and (e).

### COUNT 17
#### INTERSTATE EXTORTION (MV6)

On or about June 24, 2020, in White County, within the Southern District of Illinois and elsewhere,

**MICHAEL A. FERRIS,**

defendant herein, transmitted in interstate commerce via the internet a series of communications containing threats to injure the reputation of MV6, a 11 year old girl in Texas. The defendant transmitted these communications with the intent to extort from MV6 things of value, namely: images and video of MV6 in various states of undress, naked, and engaging in sexually explicit conduct. All in violation of Title 18, United States Code, Section 875(d).

## COUNT 18
### CYBERSTALKING (MV6)

On or about June 24, 2020, in White County, within the Southern District of Illinois and elsewhere,

**MICHAEL A. FERRIS,**

defendant herein, with the intent to harass, intimidate, or place under surveillance with intent to harass or intimidate, another person, MV6, used any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotion distress to that person, MV6. All in violation of Title 18, United States Code, Section 2261A(2)(B) and 2261(b)(5).

## COUNT 19
### ATTEMPTED SEXUAL EXPLOITATION OF A CHILD  (MV7)

On or about July 9, 2020, in White County, within the Southern District of Illinois and elsewhere,

**MICHAEL A. FERRIS,**

defendant herein, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, herein identified as Minor Victim 7, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically Minor Victim 7 engaging in sexually explicit conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and electronic device connected to the internet, all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 20
### INTERSTATE EXTORTION (MV7)

On or about July 9, 2020, in White County, within the Southern District of Illinois and elsewhere,

### MICHAEL A. FERRIS,

defendant herein, transmitted in interstate commerce via the internet a series of communications containing threats to injure the reputation of MV7, a minor under 18 year old in Kentucky. The defendant transmitted these communications with the intent to extort from MV7 things of value, namely: images and video of MV7 in various states of undress, naked, and engaging in sexually explicit conduct. All in violation of Title 18, United States Code, Section 875(d).

## COUNT 21
### CYBERSTALKING (MV7)

On or about July 9, 2020, in White County, within the Southern District of Illinois and elsewhere,

### MICHAEL A. FERRIS,

defendant herein, with the intent to harass, intimidate, or place under surveillance with intent to harass or intimidate, another person, MV7, used any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any facility

of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause,

or would be reasonably expected to cause substantial emotion distress to that person, MV7. All in

violation of Title 18, United States Code, Section 2261A(2)(B) and 2261(b)(5).

## COUNT 22
### INTERSTATE EXTORTION (MV8)

On or about June 25, 2020, in White County, within the Southern District of Illinois and

elsewhere,

### MICHAEL A. FERRIS,

defendant herein, transmitted in interstate commerce via the internet a series of communications

containing threats to injure the reputation of MV8, a 11 year old girl in Ohio. The defendant

transmitted these communications with the intent to extort from MV8 things of value, namely:

images of MV8 in various states of undress and naked. All in violation of Title 18, United States

Code, Section 875(d).

## COUNT 23
### CYBERSTALKING (MV8)

On or about June 25, 2020, in White County, within the Southern District of Illinois and

elsewhere,

### MICHAEL A. FERRIS,

defendant herein, with the intent to harass, intimidate, or place under surveillance with intent to

harass or intimidate, another person, MV8, used any interactive computer service or electronic

communication service or electronic communication system of interstate commerce, or any facility

of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause,

or would be reasonably expected to cause substantial emotion distress to that person, MV8. All in

violation of Title 18, United States Code, Section 2261A(2)(B) and 2261(b)(5).

## COUNT 24
### INTERSTATE EXTORTION (MV9)

On or about September 2, 2020, in White County, within the Southern District of Illinois and elsewhere,

### MICHAEL A. FERRIS,

defendant herein, transmitted in interstate commerce via the internet a series of communications containing threats to injure the reputation of MV8, a 13 year old girl in Indiana. The defendant transmitted these communications with the intent to extort from MV9 things of value, namely: images of MV9 in various states of undress and naked. All in violation of Title 18, United States Code, Section 875(d).

## COUNT 25
### CYBERSTALKING (MV9)

On or about September 2, 2020, in White County, within the Southern District of Illinois and elsewhere,

### MICHAEL A. FERRIS,

defendant herein, with the intent to harass, intimidate, or place under surveillance with intent to harass or intimidate, another person, MV9, used any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotion distress to that person, MV9. All in violation of Title 18, United States Code, Section 2261A(2)(B) and 2261(b)(5).

## COUNT 26
### ATTEMPTED SEXUAL EXPLOITATION OF A CHILD  (MV10)

On or about September 4, 2020, in White County, within the Southern District of Illinois and elsewhere,

**MICHAEL A. FERRIS,**

defendant herein, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, herein identified as Minor Victim 10, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically Minor Victim 10 engaging in sexually explicit conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and electronic device connected to the internet, all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 27
### ATTEMPTED SEXUAL EXPLOITATION OF A CHILD  (MV11)

On or about April 13, 2020 and , in White County, within the Southern District of Illinois and elsewhere,

**MICHAEL A. FERRIS,**

defendant herein, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, herein identified as Minor Victim 11, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically Minor Victim 11 engaging in sexually explicit conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and electronic device connected to the internet, all in violation of Title 18, United States Code, Section 2251(a) and (e).

### FORFEITURE ALLEGATION

Upon conviction for the offenses charged in this Indictment, defendant Michael A. Ferris, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all material that contained any images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the charged offenses.

The property that is subject to forfeiture referred in the paragraph above includes, but is not limited to, the following:

1. A Samsung phone, Model SM-S367VL, IMEI  352069100064129

A TRUE BILL

Digitally signed by
STEVEN WEINHOEFT
Date: 2021.09.19
21:59:48 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

ALEXANDRIA M. BURNS
Assistant United States Attorney