IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-cr-40105-SMY |
| | ) |
| | ) |
| MICHAEL A. FERRIS | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Pending before the Court is the United States of America's Motion to Transfer Location of Trial to East St. Louis, Illinois Courthouse (Doc. 56). Defendant does not object to the motion.

Rule 18 of the Federal Rules of Criminal Procedure provides that a court "must set the place of trial within the district with due regard for the convenience of the defendant, any victim, and the witnesses, and the prompt administration of justice." Fed.R.Crim.P. 18. "A trial court has broad discretion in deciding where to fix the location of the trial which will not be overridden on appeal as long as the court gives 'due consideration' to the factors listed in Rule 18." *United States v. Balistrieri*, 778 F.2d 1226, 1229 (7th Cir. 1985) (citing *United States v. Truglio,* 731 F.2d 1123, 1130 (4th Cir. 1984). Thus, the Court must weigh the Rule 18 factors against the Court's inherent power to manage itself, its resources, and its caseload as it sees appropriate.

Having considered the assertions in the Government's motion, the Court finds that the relevant factors weigh in favor of holding trial at the East St. Louis courthouse. There are currently 11 minor victim witnesses who will testify in this case. The minors and their guardians reside outside of the State of Illinois. The agents and forensic interviewers associated with this case also

reside outside of the State of Illinois.  Therefore, a transfer to the East St. Louis Courthouse will significantly decrease the inconvenience to these individuals and will facilitate the scheduling of trial testimony.  Although the undersigned's duty station and essential chambers staff are located in Benton, the Court is persuaded that the prompt administration of justice in this case warrants relocating the trial to East St. Louis.  Accordingly, the Government's Motion is **GRANTED**.

    IT IS SO ORDERED.

    DATED: November 10, 2021

    **STACI M. YANDLE**
**United States District Judge**