IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 20-CR-40105-SMY ) ) |
| MICHAEL A. FERRIS, | ) ) |
| Defendant. | ) |

**MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE WITH RESPECT TO A CERTAIN ELECTRONIC EQUIPMENT OF MICHAEL A. FERRIS**

Now comes the United States of America, by and through its attorneys, Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and Alexandria M. Burns, Assistant United States Attorney, and moves pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure for entry of a Preliminary Order of Forfeiture against the following property possessed by Defendant Michael A. Ferris:

**A Samsung phone, Model SM-S367VL, IME 352069100064129.**

A proposed Preliminary Order of Forfeiture is submitted herewith.

1

Respectfully submitted,

RACHELLE AUD CROWE
United States Attorney

*/s/ Alexandria M. Burns*
ALEXANDRIA M. BURNS
Assistant United States Attorney
United States Attorney's Office
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
Phone: (618) 628-3700
Fax: (618) 622-3772
Email: alexandria.burns@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 20-CR-40105-SMY |
| vs. ) | |
| ) | |
| MICHAEL A. FERRIS, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2023, I caused to be electronically filed the foregoing MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE WITH RESPECT TO A CERTAIN ELECTRONIC EQUIPMENT OF MICHAEL A. FERRIS, with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Kim C. Freter**

Respectfully submitted,

RACHELLE AUD CROWE
United States Attorney

*/s/ Alexandria M. Burns*
ALEXANDRIA M. BURNS
Assistant United States Attorney
United States Attorney's Office
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
Phone: (618) 628-3700
Fax: (618) 622-3772
Email: alexandria.burns@usdoj.gov

3